446

to the failure of defense counsel to produce notes of testimony and determined that the issue is without merit.

Judgment of sentence affirmed.

457 A.2d 509

Joanne H. PARKER, Administratrix of the Estate of Leland M. Parker, Deceased on behalf of the Estate of Leland M. Parker, Deceased and Joanne H. Parker, Administratrix of the Estate of Leland M. Parker, Deceased on behalf of the next of kin of Leland M. Parker, Deceased and Joanne H. Parker, in her own right,

v.

Blaine A. HENRY, Administrator of the Estate of Betty L. Henry, Deceased, Appellant, and Joanne H. Parker, Administratrix of the Estate of Leland M. Parker, Deceased.

Supreme Court of Pennsylvania.

Argued March 10, 1983.

Decided March 22, 1983.

Richard W. Kooman, II, Alexander, Garbarino, Kooman & Kifer, Clarion, for appellant.

Seymour Sikov, Neil R. Rosen, Sikov & Love, Pittsburgh, for appellees.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

457 A.2d 853

**Alexander B. GIACOBETTI, Esquire, as Substituted Trustee of the Manusov Family Trust and Successor to Harry Kracoff, Doris Kracoff, Sara Stark and Nathan Petrushansky, Trustees of the Manusov Family Trust, Appellant,**

v.

**INSURANCE PLACEMENT FACILITY OF PENNSYLVANIA.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1982.

Decided March 11, 1983.

Reargument Denied May 18, 1983.

